UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID MARTINEZ
_____,
Plaintiff(s),

CASE NO. 15-CV-04389-BLF

v.

RELIASTAR LIFE
INSURANCE COMPANY
_____,
Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [✓] Private ADR *(please identify process and provider)* Mediation with Doug deVries of Judicate West

The parties agree to hold the ADR session by:
- [✓] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: 11/24/15

_____
Attorney for Plaintiff

Dated: 11/24/15

_____
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

[~~PROPOSED~~] ORDER

[X] The parties' stipulation is adopted and IT IS SO ORDERED.
[ ] The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: November 30, 2015

_____
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

# PROOF OF SERVICE

I, Stacie Dirito, declare:

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2033 N. Main St., Suite 720, Walnut Creek, California 94596. On the date below, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

[X] By transmission of the Notice of Electronic Filing by the Clerk on the CM/ECF participants.

Scott E. Shaffman
98 Del Monte Ave., Suite 200
Monterey, CA 93940
Tel: (831) 333-0321
Fax: (831) 333-9012

sshaffman@aol.com

*Attorneys for Plaintiff*
DAVID MARTINEZ

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 30, 2015, at Walnut Creek, California.

_____
Stacie Dirito

50122.003/410330.1

PROOF OF SERVICE